UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVJO, INC.; AND DIANA FITZGERALD,<br><br>PLAINTIFFS,<br><br>v.<br><br>DECKERS OUTDOOR CORPORATION; and DOES 1-10,<br><br>DEFENDANTS. | Case No. CV10-4557-JST(PLAx)<br><br>**ORDER RE DISMISSAL**<br>**[FRCP 41(a)(2) and 41(c)]** |
| AND RELATED COUNTERCLAIMS. | |

1 | Based on the Stipulation Re Dismissal [FRCP 41(a)(2) and 41(c)], the Court
2 | hereby ORDERS as follows:

3.

4 | 1. The entire action, including the counterclaims, is dismissed with prejudice.

5.

6 | 2. Each party shall bear its own costs.

Dated: October 26, 2011

**JOSEPHINE STATON TUCKER**
United States District Judge